IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-03010-01-CR-S-BCW |
| DANIEL BRADFORD, | ) |
| Defendant. | ) |

### *ENTRY OF APPEARANCE AND REMOVAL OF COUNSEL*

**COMES NOW** the United States of America, by and through the United States Attorney for the Western District of Missouri, and hereby informs the Court that Randall D. Eggert, Assistant United States Attorney, hereby enters his appearance in this matter on behalf of Plaintiff. Plaintiff respectfully requests the Court to direct the Clerk of Court to remove Anthony Brown as government legal counsel from the CM/ECF docket sheet in the above-styled action.

Respectfully submitted,

Teresa A. Moore
Acting United States Attorney

By */s/ Randall D. Eggert*
Randall D. Eggert
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511

## Certificate of Service

      The undersigned hereby certifies that a copy of the foregoing was delivered on June 11, 2021, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                    */s/Randall D. Eggert*
                                                    Randall D. Eggert
                                                    Assistant United States Attorney